UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN DAVID OF AVER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN JULIAN, et al.,<br><br>　　　　　　Defendants. | Case No. CV-18-133-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendations are ADOPTED IN FULL. Plaintiff's Amended Complaint is DISMISSED pursuant to *Younger*.

　　Dated this 21st day of August, 2018.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　A.S. Goodwin, Deputy Clerk